**Order entered August 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00742-CV

**AZEB RUDER, Appellant**

**V.**

**WILLIAM JORDAN D/B/A WILLIAM DAVIS REALTY, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01346-2014**

## ORDER

We **GRANT** the court reporter's August 28, 2016 motion for an extension of time to file the reporter's record **to the extent** that we extend the time to **MONDAY, SEPTEMBER 26, 2016**. *See* TEX. R. APP. P. 35.3(c).

/s/     ELIZABETH LANG-MIERS
        JUSTICE